PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2021 OCT -1 AM 9:27

DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Northern **DISTRICT OF TEXAS**
Lubbock **DIVISION**

Salvador Jiménez plaintiff    Jury Demanded
Plaintiff's Name and ID Number    Jorie Davis
Brian Collier plaintiffs
Montford Unit
Place of Confinement    Bobby Lumpkin
TDCJ-ID
Opinions

CASE NO. 5-21CV0209-C
(Clerk will assign the number)

v. Michael Bell

Bill Gates chief of classification Montford unit
Defendant's Name and Address
CMV library Ct. Ophis Superior

Chaplaincy department CMO library superior
Defendant's Name and Address
Main supervisor of treatment team

Mailroom supervisor free masons lodge
Defendant's Name and Address    Food service manager
(DO NOT USE "ET AL.")    Capt Mason

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **<u>DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.</u>** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _✓_NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: n/a
2. Parties to previous lawsuit:
   Plaintiff(s) n/a
   Defendant(s) n/a
3. Court: (If federal, name the district; if state, name the county.) ____
4. Cause number: n/a
5. Name of judge to whom case was assigned: n/a
6. Disposition: (Was the case dismissed, appealed, still pending?) n/a
7. Approximate date of disposition: n/a

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: [illegible handwriting]

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: [illegible] Jimenez 870982
8602 peak st
Lubbock TX 79404

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: michael Dell soft ware devise

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

implanted nano devise in jaw

Defendant #2: Bill Gate
Soft ware devise

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

implanted a soft ware devise in jaw

Defendant #3: texas tech program administrations.

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Conspired with free masons to implanted nano criminal devise.

Defendant #4: chief of classification

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Conspired along with Texas tech to keep me out of safe keeping

Defendant #5: Free mason lodge conspired [illegible] with texas tech

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Conspired along [illegible] texas tech

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

That All such actors conspired with each other to meet the minds to condone and suppress the constitution rights and forever me with nano technology device implanted in my ear and eye and my brain and nose and anus

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

to restrain them from not denying relief in the complaint compensate 4 Billion Dollars remove nano technology immediately or ask [illegible] preliminary injunction and temporary restraining order

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

no

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ____ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): [illegible]

2. Case number: [illegible]

3. Approximate date sanctions were imposed: ____

4. Have the sanctions been lifted or otherwise satisfied? ✓ YES ____ NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed? ✓ YES ___NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): [illegible]
2. Case number: [illegible]
3. Approximate date warning was issued: ______

Executed on: 09/23/21
DATE

[illegible]
[signature]
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 23 (Day) day of Sept (month), 20 21 (year).

[illegible]
[signature]
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Jury trial Demanded

Salvador Jimenez
Plaintiff

Special warden Bobby [illegible] Director of [illegible]
[illegible] Davis [illegible] warden
Texas tech program administrators

Michael Dell all Defendants
soft ware company
Bill Gates
soft ware company

Chief of classification mailroom unit
Chaplain [illegible]
Cam libarian ct phipps mailroom supervisors
civil rights complaint mailroom treatment team
food service major and food service capt. supervisor
1433 Director of free masonary
conspiracy claim organization

In the US District
Court for the
Northern District
of Texas Lubbock
Division

1205 Texas Ave suit 209
Lubbock Tx. 79401

the criminal in specific
steps to psyche of thought in commission
to steal commissary
the written and known
illegal pen register device is a
Texas penal code see
an unlawful use title 4 16.01
of criminal instrument
mechanical security
Such commission worked known device
disrupt [illegible] psych thought part I
or commissary steps [illegible] too
by commissary away and still gave
by was [illegible] Stanford the commissary
over 600 dollars in [illegible] stolen
since it has commissary [illegible]
and the happen in the commissary as
[illegible] the past in the future
men [illegible] in the past requiring
seek she peace injunction, it be stated
food she indicated can purchase food
of [illegible] she is in I could not items
my save teacher immediately buying
and stolo the future such violation
the [illegible] superseded was commissary
commissary away and intentional known
Also the unit in retaliation satanic
Phillips Construction law library of
time to make phone [illegible] from
[illegible] [illegible] calls [illegible]
forms, [illegible] [illegible] books receive
[illegible] of Phillips power of [illegible] forms
Corrie Davis [illegible] been or attorney forms
to [illegible] of been on the Notice.
[illegible] legal [illegible] known [illegible]
known [illegible] [illegible] superior and the personal
the rights [illegible] existing

Civil [illegible] [illegible] [illegible] [illegible]
Civil [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] conspired to gether [illegible] with [illegible] Texas [illegible] to violate the plaintiff rights Texas [illegible] [illegible] knew that the [illegible] Defense [illegible] his [illegible] and [illegible] [illegible] [illegible] to [illegible] out what defendants shall be [illegible] to do. [illegible]

Each defendants shall be [illegible] not refusing to put in [illegible] that the unit chief of class be [illegible] Safekeeping order to put [illegible] in safe keeping on given the transfer to [illegible] or a instate transfer to special needs [illegible] security the protective custody outside [illegible] law enforcement as target group. [illegible] and leader of [illegible] united part of [illegible] civil rights [illegible] the [illegible] [illegible] [illegible] organization and [illegible] rights organization and agent. [illegible] supreme court personal. [illegible] see and [illegible] that the unit classification instate, [illegible] from level not given [illegible] instructed [illegible] and the [illegible] highest [illegible] be classification unit chief [illegible] safe keeping status. [illegible] on.

ICC program coordinator state classification committee director of [illegible] operations the petition is asking for [illegible] immediate interstate transfer [illegible] he had been assaulted [illegible] [illegible] [illegible] his state [illegible]

Preliminary Preliminary injunction
and a temporary restraining Order

To the Honorable presiding Judge,

Here now Stimson J[illegible] files this preliminary injunction 28 U S C 1343 (a)(3) pursuant to 28 U.S.C 1331 temporary [illegible] enforcement [illegible] to [illegible] arising out of [illegible] Lubbock County. The plaintiff alleges infractions of Federal Law as the institution [illegible] 7 times and had tried to informal resolve the problems peaceful [illegible] [illegible] a month [illegible] one the [illegible] continuously failed and [illegible] constructively refused to promote [illegible] levels without concern after we had told them and showed this issue 7 times. We had specifically told them he was a level two level and could not purchase food [illegible]. The plaintiff is in immediate harm in the past and the future [illegible] were we had not promoted in level statutes. Also the chaplain had immediately violated [illegible] required baptism and failed to contact the chaplain [illegible] for religious programming to for holidays.

Meals after the plaintiff contacted [illegible] we would [illegible] from chaplain [illegible] meals he failed to program kosher diet trays kitchen [illegible] and kitchen food service major had received amount to be put on kosher diet trays and to program Jewish religious holidays since the holidays had transgressed failed to give religious trays on feast of weeks, feast of trumpets and day of atonement, feast of tabernacles AD 07.30 administrative directive 07.30

Chaplaincy plan [illegible] States [illegible] the unit Chaplain upon Religious Holidays shall conduct Religious observance of Holidays under seen Religious Judaism has been Religious from Birth and the unit Chaplain [illegible] violated the First Amendment to Religious. The unit classification has violated the AD. 9.17 Individual when they would not put in safe keeping when items it [illegible] Samemember was been assaulted twice since he 4 months stay of the months unit use force

AD. 03.96 (They photographs Following an Injury Use force incident) by officer clerk officer unit [illegible] Sgt. Gonzalez the photographs and classification has taken of the use place and violated of force this 3 (see prisons safekeeping procedures E.D. 03.03) violated still been have been violated. In the federal law rules immediately require to level religion promote for earning and no places in safekeeping program by violated violations. Most important classification are conspired to see for [illegible] been taken in the assaulted before. 1995 contracts conspiracy criminal Then Texas tech [illegible] tech program administrator with Texas take out [illegible] technology refuse to immediately injunction from plaintiff harmed such technology since a [illegible] a bionero [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] of the organization letter. For asking for relief that the defendants be restraining from not giving me my level [illegible] not putting me in safekeeping pods, refrain from retaliation pending this suit. Give Kosher meal and meat free trays and to stop retaliation by giving coffee in the mornings. The defendants had given numerous [illegible] lemons [illegible] and legal mail [illegible] for 90 [illegible]. All had met the minds to condone a [illegible] the deprivation of civil rights. 1986 have neglect [illegible] to [illegible] up a [illegible] Plaintiff states that the 42 USC 1983 claim discrimination and prejudice [illegible] retaliation by the defendants, [illegible] being a [illegible] to the evidence [illegible] many [illegible] been [illegible] investigation [illegible] in a "[illegible]" [illegible] to the [illegible] future. from not giving me Kosher diet and religious [illegible] [illegible] [illegible] [illegible]

[illegible] confirmed [illegible] [illegible] ... [illegible] said contact the unit food service major. I contacted him 7 times. He never programmed the unit kosher diet by Mcgrows [illegible].

This individuals are sued in their official capacity and in their individual and official capacity for superior liability to deprive the plaintiff of his first and fourteen amendment rights. U.S. constitution [illegible] I

JUX

Actual [illegible] preliminary injunction order

One that the unit treatment team be ordered to give me my level highest level and allow me to promote in higher level.

That the unit chief of classification be order to place me in safekeeping [illegible] harm and [illegible] and I [illegible] danger from threats of hurts. A leader of a civil rights organization [illegible]

that the [illegible] to persons pass out and many as personas shall be given away at night time. abortion [illegible] is 4 months have been given away and [illegible] is a epidomic and as its race [illegible] suits for [illegible] compensation [illegible] punitive damages relief damages and complaint in the for a preliminary and a temporary injunction order, on the defendants following [illegible] listed in the complaint.

This is a 1983 1985 1986 civil rights complaint damages dollars in [illegible] billion emotional pain and suffering emotional distress mental capacity loss.

I hereby certify

09/23/21 I furnished a copy of the foregoing summary to Lubbock Division US District Clerk for northern District of Texas 1205 Texas Ave [illegible] Lubbock TX 79401

Respectfully,

[signature]

Salvador Jimenez
1180902
6002 Montford
[illegible]
Lubbock TX
79404

Salumon Jimenez
[illegible] plaintiff

v

michael dell soft ware company
Bill Gates soft ware company

Production of Documents

I Salumon Jimenez pursuant to federal rule of evidence and civil pro as for discovery and production of the following documents.

1. The commissary supervision Stratford all originals copies of print-out list signed in Sisaco commissary receipts and commissary slips. So cost slips and commission slips say print out slips and all computer I sent here and I60 Requests of Sisaco commissary and all copies

2. All I60 requests receipts to the treatment team for going Sgt Beasley and treatment team to major and treatment team Jimenez and cost. from Salumon

3. Chief of classification documents. on classification produce [illegible] documents and I60 and [illegible] documents in

The law chaplain ... the unit chaplains loss any two any requests given to chaplain field minister records by the chosen of Judaism Rabbi in charge of Montford unit in charge of Jewish studies all reviews for books reviews Baptism and conversion courses in Huntsville Rabbi Goldstein Rabbi Leo Samson produce main Huntsville chaplains given all and my records listed by me Faithful journal in my name.

That the unit I'm supervisor produce all those records I've ... and then given to Brothers following reasons to two I ask the Honorable to produce the following order production for documents.

I hereby certify that

09/23/21 I forwarded a copy of the foregoing summary to Lubbock Division U.S. District Clerk for Northern District of Texas 1205 Texas Ave 209 Lubbock TX. 79401

Respectfully,

Salvador Jimenez
1120992
6002 Montford Psych. Unit
Lubbock TX
79404

US District Clerk
to: Clerk of court.

RECEIVED
OCT - 1 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Dear Lubbock Clerk US District Clerk:
I am a Special Agent deposing my powers to attest how and why my technology works how I used light carvmation to test forensics in innocent peoples brains. I'm will attest to a hearing on behalf of these victims. I'm asking they be brought for a hearing on forensics testing and a habeas corpus discovery apply. That they immediately be given legal counsel on their behalf. That a autopsy inquest be conducted to see the DNA at the scene of the crime matches the DNA in the grave if true. I allege the victims survive the murder. Bobby Parker was framed for assault kidnapping after the victims had sex and consently went joy riding. She lied and he had been set up for a sting operation witness after the victim testified 3 years later of the kidnapping. I allege state intrapment was a special agent after she served secret service. All the victims had the secret agents. If the victims are hurt bac. It is certain they are legal innocent.

I Am Allegating they be immediatly be given a counsel. I could attest to a Hearing and a evidentiary Hearing be given expand the Records. I dont think the DNA matches the game of coon country because they are alive Hollowman!

Royal clark Robertsons victim was hurt bad it envolved that adams split he woke up in Heaven and he hots craved old flesh!

Nathan martinez intended to kill his victim but the survived it was attempted murder. or Battery dropped to aggravated assault.

Respectfully,

[signature] III

Salvador Jiménez
820962 Montford Unit
8602 Peach
Lubbock Tx. 79404



Salvador Jiménez
Montford unit
8602 Peach St
Lubbock Tx. 79404
$1.20
ADDITIONAL OUNCE · USA
1
USA
DOLLAR
US District Court Clerk
Northern District of Texas
Lubbock Tx. 79401
RECEIVED
OCT - 1 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS