IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| SALVADOR JIMENEZ,<br>Institutional ID No. 00870962 | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:21-CV-00209-C |
| MICHAEL BELL, *et al.*, | § § § | |
| Defendants. | § | |

### JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g).

Dated December 29, 2021.

_____
SAM R. CUMMINGS
Senior United States District Judge