IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SALVADOR JIMENEZ<br>Institutional ID No. 00870962<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BELL, *et al.*,<br><br>Defendant(s). | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 5:21-CV-00209-C<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The Court has considered Plaintiff's Motion for Entry of Default of Judgment and Prisoner's Release Order (Doc. 10) and finds that it should be DENIED as frivolous. This case was dismissed without prejudice as barred by the three-strikes provision of 28 U.S.C. § 1915(g), and Plaintiff has failed to pay the filing fee required to reopen his case. (*See* Doc. 6). The Court has instructed Plaintiff that if he wishes to pursue his claims, he must do so by filing a new civil action, using the proper form, and paying the full filing fee of $402.00. (*See* Doc. 9).

Plaintiff is reminded that frivolous and malicious filings by prisoners consume inordinate amounts of scarce judicial resources and pose a burden on legitimate complaints. *See Holloway v. Hornsby*, 23 F.3d 944 (5th Cir. 1994). The Court finds that **Plaintiff is an abusive litigant who should be barred from filing any additional pleadings in this case.** Plaintiff is cautioned that if he attempts to file further frivolous motions in this case, additional sanctions will be imposed against him. Such sanctions may include monetary sanctions or a complete bar to filing pleadings in any case without leave of the Court.

The Clerk is instructed to docket for administrative purposes, then immediately terminate any motion Plaintiff attempts to file in this case. Any such motions will not be returned to Plaintiff and will not be considered by the Court.

SO ORDERED.

Dated March 21, 2022.

SAM R. CUMMINGS
Senior United States District Judge